TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00041-CV

Lynne Locke, Appellant

v.

Jim Hine, Executive Director of the Texas Department of Protective and Regulatory
Services, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. GN003202, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING 

PER CURIAM

 Appellant Lynne Locke filed an agreed motion to dismiss this appeal. We grant
the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2). 

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: May 3, 2001

Do Not Publish